UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

J & J SPORTS PRODUCTIONS, INC., As
Broadcast Licensee of the March 13, 2010
Pacquaio/Clottey Program,

                              Plaintiff,

                    -against-

AIDA M. ZEVALLOS, et al.,

                              Defendants.

------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 1 1 2011 ★

BROOKLYN OFFICE

ORDER
10 CV 4049 (ILG) (RML)

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Levy, dated April 22, 2011,

recommended that the plaintiff be awarded $13,188 in damages and $1,260 in attorney's

fees. Any objections were to be made within fourteen days, and that failure to do so

waives the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts is, after

due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that

judgment be entered against the defendants in the amount of $13,188 in damages and

$1,260 in attorney's fees for a total award of $14,448.

SO ORDERED.

Dated:      Brooklyn, New York
            May 11, 2011

                                        S/DLI

                                   I. Leo Glasser